AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

Arch Specialty Insurance Company,

Applicant

                      Plaintiff (s),

V.

Fred K. Kesler and Associates, Inc.,

Respondent

                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 08 80003 MISC

Notice is hereby given that, subject to approval by the court, Applicant Arch Specialty Insurance Company substitutes (Party (s) Name)

Sigrid Irias (Name of New Attorney), State Bar No. 129319, as counsel of record in place of Edward D. Haas, Cal. Bar No. 76647, of Roeca Haas Hager LLP (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Sedgwick, Detert, Moran & Arnold, LLP |
| Address: | One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105 |
| Telephone: | 415-781-7900    Facsimile 415-781-2635 |
| E-Mail (Optional): | |

I consent to the above substitution.

Date: 1/14/09

Arch Specialty Insurance Co., by Sharon Murphy, Asst. V.P. and Counsel

(Signature of Party (s))

I consent to being substituted.

Date: 1/9/09

Edward D. Haas

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/15/09

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/16/09

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com