MAY-28-09 THU 03:28 PM   COOMBS & DUNLAP           FAX NO. 7072528516           P. 04
MAY. 28. 2009  2:12PM    ALLEN MATKINS                           NO. 6576   P. 8

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of CA

Arch Specialty Insurance Company

                          Plaintiff(s),

            V.

Fred K. Kesler

                         Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 08-mc-80003 PJH

Notice is hereby given that, subject to approval by the court, **Fred K. Kesler & Associates Inc.** substitutes
(Party(s) Name)

**Robert R. Moore, Esq.**, State Bar No. **113818** as counsel of record in
(Name of New Attorney)

place of **Charles P. Kuntz of Coombs & Dunlap, LLP.**
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
    Address:        Three Embarcadero Center San Francisco, CA 94111
    Telephone:     415-837-1515         Facsimile 415-837-1516
    E-Mail (Optional): rmoore@allenmatkins.com

I consent to the above substitution.

Date: May 29, 2009

Fred K. Kesler & Associates Inc.,
by Fred K Kesler
*/s/ Fred K Kesler*
(Signature of Party(s))

I consent to being substituted.

Date: May 28, 2009

Charles P. Kuntz
*/s/ Charles P. Kuntz*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: May 29, 2009

*/s/ Robert R. Moore*
(Signature of New Attorney)
Robert R. Moore, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/2/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]